**Order entered October 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01371-CV

**KEITH WAGONER AND DARRON T. WILSON, Appellants**

**V.**

**DALLAS TEXAS, ET AL, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-13-31197**

## ORDER

We **GRANT** appellant Keith Wagoner's October 9, 2015 motion for time and **ORDER** the amended brief be filed no later than November 2, 2015. Appellant is cautioned that no further extensions may be granted absent exigent circumstances.

/s/      CRAIG STODDART
           JUSTICE